ORDERED.

Dated: June 10, 2022

*Catherine M-Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:

WORK CAT FLORIDA LLC f/k/a
WORK CAT TRANS GULF, LLC,

    Debtor.
_____/

Case No.: 8:21-02588-CPM Chapter 7 case

DOUGLAS N. MENCHISE, as Chapter 7 Trustee

    Plaintiff,

v.

VETTING, LLC,

    Defendant.
_____/

Adversary No.: 8:21-ap-00399-CPM

## ORDER SETTING FINAL PRETRIAL AND SCHEDULING TRIAL

Upon consideration of the Parties' *Joint Motion for Order Approving Pretrial Schedule* (Doc. No. 17 ) (the "Motion"), it is

**ORDERED:**

1. The MOTION is **GRANTED** as stated below.

2. The following deadlines are applicable to this Adversary Proceeding:

| Action or Event | Date |
| --- | --- |
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 6/30/2022 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 7/14/2022 |
| Deadline for disclosing any expert witnesses. | 7/14/2022 |
| Deadline for disclosing any rebuttal expert report and completing expert discovery. | /7/28/2022 |
| Deadline for completing fact discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 8/12/2022 |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. | 8/19/2022 |
| Deadline for participating in mediation. | 8/26/2022 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. | 9/2/2022 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); | 9/09/2022 at 11:00 a.m. |
| Trial Dates | 9/23/2022 at 1:30 p.m. |

3. The Court will conduct both the Final Pretrial and the Trial in Courtroom 8B, Sam M. Gibbons U.S. Courthouse, 801 N. Florida Avenue, Tampa, Florida

4. The Parties may not alter these deadlines without Court approval.

\*\*\*

Attorney Steven M. Berman is directed to serve a copy of this Order on all interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.